## Geary *v.* Penn Cooler Corporation, Appellant.

Argued March 18, 1975. *Jerome*

*L. Cohen,* First Assistant District Attorney, with him *Patrick J. Toole, Jr.,* District Attorney, for appellant; *J. Swatkoski,* with him *Martin J. Meyer,* for appellee.

Judgment affirmed.